**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00221-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEVEN J. MASCARENAS,
2. KATHY J. MASCARENAS,
    a/k/a Kathy Oliver, and
3. KATRINA Y. ROBERTS,

    Defendants.

---

## MINUTE ORDER[1]

---

    On Monday, **May 10, 2010**, commencing at 11:00 a.m., the court shall conduct a telephonic setting conference to set a hearing date on defendant Steven J. Mascarenas' **Motion For Declaration of Complexity (Revised)** [#43] filed May 5, 2010. Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated: May 5, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.