IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

CASE NO. 10-cr-00221-REB

UNITED STATES OF AMERICA,

Plaintiff,

v.

**1. STEVEN J. MASCARENAS,**

Defendants.

---

MINUTE ORDER

---

      It is hereby ORDERED that the Plaintiff USA shall have up to and including October 7, 2011, in which to file any response to Defendant Steven J. Mascarenas' Alias Motion to Modify Bond Conditions (docket no. 277), filed with the Court on September 25, 2011

Date:  September 27, 2011