**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

Criminal Case No. 10-cr-00221-REB-01

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. STEVEN J. MASCARENAS,

Defendant.

**MINUTE ORDER**

It is hereby ORDERED that  ***Defendant Steven J. Mascarenas' Motion to
Withdraw Defendant Steven J. Mascarenas' Motion to Reconsider Denial of
Request to Modify Bond Conditions (DOC #323)***, DN 327, filed with the Court on
November 15, 2011, is **GRANTED**.

It is FURTHER ORDERED that ***Defendant Steven J. Mascarenas' Motion to
Reconsider Denial of Request to Modify Bond Conditions***, DN 323, filed with the
Court on November 14, 2011, is **WITHDRAWN**.

Date:  November 15, 2011