**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00221-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEVEN J. MASCARENAS,

    Defendant.

---

**AMENDED[1] ORDER
FOR COMPETENCY EXAMINATION AND DETERMINATION**

---

**Blackburn, J.**

Originally, this matter came before me on November 18, 2011, for hearing on the **Government's Motion for Psychiatric or Psychological Examination and Report And Hearing To Determine Mental Competency of Defendant Steven J. Mascarenas Pursuant to 18 U.S.C. § 4241** [#315][2] filed November 4, 2011. Neither Mr. Mascarenas nor Mrs. Mascarenas opposed the request for a competency evaluation and determination. However, Mr. Mascarenas opposed the request of the government that he be committed immediately to the custody of the Attorney General.

---

[1] This amended order is entered to reflect the rulings and orders of the court entered from the bench on December 15, 2011, after hearing on the **Government's Motion To Modify Order for Competency Examination and Determination** [#358] filed December 9, 2011.

[2] "[#315]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

After hearing the motion, I entered an **Order for Competency Examination and Determination** [#332] on November 18, 2011.

However, before that order could be executed, the circumstances of Mr. Mascarenas changed. The dramatic change in his circumstances prompted the government to file **Government's Motion To Modify Order for Competency Examination and Determination** [#358], which I heard on December 15, 2011. Based on the current record, I conclude that the government's motion should be granted and that the initial **Order for Competency Examination and Determination** [#332] should be amended accordingly.[3]

**THEREFORE, IT IS NOW ORDERED** as follows:

1. That the **Government's Motion To Modify Order for Competency Examination and Determination** [#358] filed December 9, 2011, is granted;

2. That the **Government's Motion for Psychiatric or Psychological Examination and Report And Hearing To Determine Mental Competency of Defendant Steven J. Mascarenas Pursuant to 18 U.S.C. § 4241** [#315] filed November 4, 2011 is granted;

3. That pursuant to 18 U.S.C. § 4241(c), any competency hearing shall be conducted pursuant to the provisions of 18 U.S.C. § 4247(d);

4. That pursuant to the provisions of 18 U.S.C. § 4247(b), a psychiatric or psychological examination of the defendant, Steven J. Mascarenas, shall be conducted

---

[3] For purposes of this amended order, I approve, adopt, and incorporate the findings of fact and conclusions of law entered in the initial order, with the exception of my finding concerning delayed commitment, which is no longer apposite.

by a licensed or certified psychiatrist or psychologist to be designated and provided by the Bureau of Prisons;

     5. That the defendant, Steven J. Mascarenas, is committed to the custody of the custody of the Attorney General effective immediately and shall be transported by the United States Marshal Service for the District of Colorado to the Bureau of Prisons, which has designated the defendant to FMC Springfield, Missouri, for a period not to exceed thirty (30) days for medical treatment and for the psychiatric or psychological examination ordered by this court;

     6. That the licensed or certified psychiatrist or psychologist conducting the psychiatric or psychological examination shall be granted reasonable access to the defendant to facilitate the psychiatric or psychological examination and to implement the orders of this court;

     7. That pursuant to the provisions of 18 U.S.C. § 4247(c), at the conclusion of the psychiatric or psychological examination of the defendant, a psychiatric or psychological report shall be prepared by the licensed or certified psychiatrist or psychologist and shall be filed under seal with the court, with copies to counsel for the government and Mr. Mascarenas;

     8. That pursuant to the provisions of 18 U.S.C. § 4247(c)(1)-(4),[4] the psychiatric or psychological report shall include the following:

          a. The defendant's history and present symptoms;

          b. A description of the psychiatric, psychological, and medical tests that

---

[4] Because 18 U.S.C. § 4241 is apposite, the examiner must opine as to competency as required by 18 U.S.C. § 4247(c)(4)(A).

    were employed and their results;

  c. The examiner's findings;

  d. The examiner's opinions as to the diagnosis and prognosis; and

  e. The examiner's opinion about whether the person is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense;

  9. That pursuant to 18 U.S.C. § 3161(h)(1)(A), the period of delay resulting from these competency proceedings shall be excluded in computing the time within which trial must commence under 18 U.S.C. § 3161(c);

  10. That further hearing on **Defendant Steven J. Mascarenas' Alias Motion To Continue Jury Trial** [#300] is continued, pending further order;

  11. That as discussed and agreed, this case is continued to January 19, 2012, at 10:00 a.m. (MST), for a status conference focusing on the issue of competency at which status conference the defendants shall appear in person, unless sooner excused by order of the court; and

  12. That this order shall be served on counsel for the parties, the United States Marshal Service for the District of Colorado, and the Warden of FMC Springfield Missouri.

  Dated December 15, 2011, at Denver, Colorado.

              **BY THE COURT:**

              */s/ Bob Blackburn*
              Robert E. Blackburn
              United States District Judge