**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 10-cr-00221-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. STEVEN J. MASCARENAS,

    Defendant.

## ORDER DETERMINING COMPETENCY

**Blackburn, J.**

On June 8, 2012, this matter came before me for hearing under 18 U.S.C. §§ 4241 and 4247(d), for determination of the defendant's competency. The determination of the mental competency of a defendant in a criminal case is governed by 18 U.S.C. § 4241, as codified and construed.

Having judicially noticed all relevant adjudicative facts in the file and record *pro tanto*; having considered the evidence adduced during the competency hearing, including the **Forensic Psychological Report** [#406] filed March 7, 2012; having considered the parties' **Joint Status Report Regarding Issue of Competency of Defendant Steven J. Mascarenas** [#425] filed June 6, 2012; having considered the reasons stated, arguments advanced, and authorities cited by the parties; I enter the following findings of fact,[1] conclusions of law, and orders to confirm and supplement those entered from the bench in open court.

---

[1] My findings of fact are supported by a preponderance of the evidence as required, in part, by 18 U.S.C. § 4241(d).

**FINDINGS AND CONCLUSIONS:**

1. On November 18, 2011, I entered an **Order For Competency Examination and Determination** [#332], granting, *pro tanto*, the **Government's Motion for Psychiatric or Psychological Examination and Report And Hearing To Determine Mental Competency of Defendant Steven J. Mascarenas Pursuant to 18 U.S.C. § 4241** [#315] filed November 4, 2011.

2. Pursuant to my order and 18 U.S.C. § 4247(b), Richard L. DeMier, Ph.D., a clinical psychologist with the Federal Bureau of Prisons, conducted a psychological examination of the defendant.  On March 7, 2012, I received Dr. Morrow's competency examination [#406]. The report included the information, diagnosis, and opinions required pursuant to the provisions of 18 U.S.C. § 4247(c)(1)-(4). As stipulated by the parties, I may and do approve, adopt, and incorporate the findings, diagnoses, and opinions of Dr. DeMier, Dr. Nicole Schneider Kitei, and Dr. Dorothy Hansen, who each independently opine that Mr. Mascarenas is competent to proceed.

3.  The defendant is not presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. Therefore, the defendant is competent to proceed.

4. Pursuant to 18 U.S.C. § 3161(h)(1)(A), and with the concurrence of the parties, the period of delay from the filing of defendant's motion [#315] on November 4, 2011, to the date of the competency hearing on June 8, 2012, resulting from these competency proceedings should be excluded in computing the time within which the trial must commence under 18 U.S.C. § 3161(c).

**THEREFORE, IT IS ORDERED** as follows:

1. That the defendant, **Steven J. Mascarenas**, is declared competent to proceed;

2. That pursuant to 18 U.S.C. § 3161(h)(1)(A), the period of delay from the filing of defendant's motion [#315] on November 4, 2011, to the date of the competency hearing on June 8, 2012, resulting from these competency proceedings shall be excluded in computing the time within which trial must commence under 18 U.S.C. § 3161(c);

3. That this case is continued to July 20, 2012, at 1:15 p.m., for hearing on **Defendant Steven J. Mascarenas' Alias Motion To Continue Jury Trial** [#300] filed October 21, 2011; provided, furthermore, that Mr. Mascarenas may supplement his motion and request to exclude time under the Speedy Trial Act of 1974 by July 9, 2012, to which the government may respond by July 16, 2012; and

4. That counsel and the defendant shall appear at the next hearing without further notice or order; provided, that to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant.

Dated June 8, 2012, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge